United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 96-3054

Vern C. Top Bear,       *
     *
         Appellant,      *
     *
     v.      *
     *    Appeal from the United States
Oglala Sioux Tribe; John Steele; Milo    *    District Court for the
Yellow Hair; Theresa Two Bulls; Chuck    *    District of South Dakota.
Jacobs; Philip Under Baggage; Alex    *
White Plume; Patrick Lee; Sid Witt;    *    [UNPUBLISHED]
William Lone Hill; Pat Ross; Ann    *
Apple; Paul Rooks; Art Hopkins,    *
     *
         Appellees.      *

_____

Submitted: June 30, 1997

Filed: July 10, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Vern C. Top Bear appeals from the district court's[1] dismissal without prejudice of his habeas petition, and dismissal of his claim for damages, both brought under the

_____

[1]The Honorable Richard H. Battey, Chief Judge, United States District Court for the District of South Dakota.

Indian Civil Rights Act, 25 U.S.C. §§ 1301-1342. After carefully reviewing the record and the parties' briefs, we conclude dismissal was proper. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

We deny Top Bear's motion for a preliminary injunction.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.